# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JONATHON SOFFER,<br><br>        Plaintiff,<br><br> v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>        Defendant. | Case No. 2:14-CV-1241 JCM (GWF)<br><br>ORDER |

  Presently before the court is plaintiff Jonathon Soffer's motion requesting an extension of time (doc. # 9) to respond to defendant Las Vegas Metropolitan Police Department's motion to dismiss (doc. # 5). Plaintiff requests an extension between 45 and 60 days to respond to defendant's motion.

  The court finds there is good cause for the requested extension and will grant the plaintiff an additional 45 days to respond to defendant's motion to dismiss.

  Accordingly,

  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion to extend time (doc. #9) be, and the same hereby is, GRANTED. Plaintiff shall have up to, and including, October 6, 2014, to file his reply.

  DATED August 15, 2014.

                     _____
                     UNITED STATES DISTRICT JUDGE