1

2

3

4

5

6                                    **UNITED STATES DISTRICT COURT**

7                                           **DISTRICT OF NEVADA**

8    JONATHON SOFFER,                            )
                                                 )
9              Plaintiff,                         )        Case No. 2:14-cv-01241-JCM-GWF
                                                 )
10   vs.                                          )        **ORDER**
                                                 )
11   LAS VEGAS METROPOLITAN POLICE                )
     DEPARTMENT,                                  )
12                                                )
               Defendant.                         )
13   _____ )

14          This matter is before the Court on the parties' failure to file a Joint Status Report.  The Minutes

15   of the Court dated July 29, 2014, required the parties to file a Joint Status Report no later than August

16   31, 2014.  To date the parties have not complied.  Accordingly,

17          **IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies

18   with the Minutes of the Court no later than **October 6, 2014**.  Failure to comply may result in the

19   issuance of an order to show cause why sanctions should not be imposed.

20          DATED this 24th day of September, 2014.

21

22                                                       _____
                                                          GEORGE FOLEY, JR.
23                                                        United States Magistrate Judge

24

25

26

27

28