**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JONATHON SOFFER, | ) |
| Plaintiff, | ) Case No. 2:14-cv-01241-JCM-GWF |
| vs. | ) **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, | ) Request for Postponement - #14 |
| Defendant. | ) |

This matter comes before the Court on Plaintiff's Request for Postponement (#14), filed on October 6, 2014.

Plaintiff requests that the Court postpone the filing of the Joint Status Report, as Plaintiff has not yet found an attorney. This Court ordered the parties to submit the Report by October 6, 2014. (#11). Plaintiff has not yet complied, and asks for more time. Additionally, Plaintiff has not responded to the pending Motion to Dismiss (#5). Plaintiff's response was also due on October 6th. Plaintiff makes no mention of the Motion to Dismiss in his Request for Postponement. Nevertheless, the Court will grant the request for both deadlines, as Plaintiff states that he has struggled to find counsel to represent him. Plaintiff has demonstrated good cause for the requested extension. Plaintiff must file both documents in accordance with this extension, whether or not he retains an attorney. Accordingly,

. . .

. . .

. . .

. . .

. . .

1    **IT IS HEREBY ORDERED** that the Plaintiff will be given 45 days to respond to the Motion
2    to Dismiss and to file the Joint Status Report.  The deadline for these filings will be November 21,
3    2014.
4     DATED this 8th day of October, 2014.

           _____
           GEORGE FOLEY, JR.
           United States Magistrate Judge