# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JONATHON SOFFER, | Case No. 2:14-CV-1241 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, | |
| Defendant(s). | |

Presently before the court is *pro se* plaintiff Jonathon Soffer's third motion requesting an extension of time (doc. # 19) to respond to defendant Las Vegas Metropolitan Police Department's motion to dismiss (doc. # 5). Plaintiff requests a 15-day extension to respond to defendant's motion.

The court has granted plaintiff two 45-day extensions and a 30-day extension already. First, the court granted plaintiff's request for a 45-day extension on August 15, 2014. (Doc. # 10). Second, the court granted *sua sponte* an additional 45-day extension for plaintiff to respond on October 9, 2014. Third, the court granted plaintiff a 30-day extension on December 1, 2014.

Plaintiff's response was, most recently, due on December 21, 2014. Plaintiff represents that he is in poor health and that his nephew, an attorney, is preparing to assist plaintiff with his case. Plaintiff had asked this court previously for a 45-day extension and the court granted him only 30-days. Plaintiff states that, if the court grants him the additional 15 days to file, he will not ask for another extension.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1   The court finds there is good cause for the requested extension.  Therefore, the court will
2   grant the plaintiff an additional 15 days to respond to defendant's motion to dismiss.  This will
3   be the final extension of time granted to plaintiff to respond to defendant's motion to dismiss.
4   Accordingly,
5   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion to
6   extend time (doc. #16) be, and the same hereby is, GRANTED.  Plaintiff shall have **up to, and**
7   **including, January 5, 2015,** to file his reply.
8   DATED December 23, 2014.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -