# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JONATHON SOFFER, | )<br>) |
| Plaintiff, | ) Case No. 2:14-cv-01241-JCM-GWF<br>) |
| vs. | ) **ORDER**<br>) |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, | )<br>)<br>) |
| Defendant. | )<br>) |

This matter is before the Court on Plaintiff's Motion to Subpoena (#33), filed on June 12, 2015.

Plaintiff requests that the Court issue a subpoena for the security footage that Plaintiff alleges would show the incident between him and an officer of Defendant Las Vegas Metropolitan Police Department. Discovery is ongoing in this matter. *See* Scheduling Order (#29). The Plaintiff may issue subpoenas without the Court's assistance to the Clark County Detention Center, the site of the incident, or to Defendant LVMPD. Unless a dispute arises, the Court need not be involved in the discovery process. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Subpoena (#33) is **denied**.

**DATED** this 18th day of June, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge