UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JONATHON SOFFER, | ) |
| Plaintiff, | ) Case No. 2:14-cv-01241-JCM-GWF |
| vs. | ) **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, | ) |
| Defendant. | ) |

This matter is before the Court on Plaintiff's Motion to Subpoena Disc (#36), filed on August 3, 2015.

Plaintiff requests, for the second time, that the Court issue a subpoena for the security footage that Plaintiff alleges would show the incident between Plaintiff and an officer of Defendant Las Vegas Metropolitan Police Department. Discovery is ongoing in this matter. *See* Scheduling Order (#29). The Court does not conduct discovery on behalf of the parties. Because discovery is still open, the Plaintiff has the power to issue a subpoena for the disc himself. Unless a dispute arises between the parties, the Court need not be involved in the discovery process. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Subpoena Disc (#36) is **denied**.

**DATED** this 6th day of August, 2015.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge