1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

8  JONATHON SOFFER,                         )
                                           )
9          Plaintiff,                       )   Case No. 2:14-cv-01241-JCM-GWF
                                           )
10  vs.                                     )   **ORDER**
                                           )
11  LAS VEGAS METROPOLITAN POLICE          )
    DEPARTMENT,                             )
12                                          )
           Defendant.                       )
13  _____)

14      This matter is before the Court on Defendants' Motion to Extend Discovery(#43), filed on

15  October 13, 2015.  Defendants filed a Supplement to the Motion to Extend Discovery (#45) on

16  October 20, 2015.

17      Defendants move that the discovery deadlines in this matter be extended by 90 days.

18  Defendants represent that Plaintiff has also requested an extension of discovery, and that there have

19  been difficulties in conducting discovery.  Defendants have sufficiently established good cause for

20  granting the extension of time.  Accordingly,

21      **IT IS HEREBY ORDERED** that Defendants' Motion to Extend Discovery(#43) is

22  **granted**.  The following deadlines will apply:

23      **A.**    Discovery Cut-Off:              January 11, 2016.

24      **B.**    Dispositive Motions:            February 10, 2016

25      **C.**    Proposed Joint Pretrial Order:  March 14, 2016.

26      **DATED** this 23rd day of October, 2015.

27

28
                                    _____
                                    GEORGE FOLEY, JR.
                                    United States Magistrate Judge