UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JONATHON SOFFER, | ) | |
| Plaintiff, | ) | Case No. 2:14-cv-01241-JCM-GWF |
| vs. | ) | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's Motion to Extend Discovery (#47), filed on December 15, 2015.

Defendant moves that the discovery deadlines in this matter be extended by 60 days. Defendant represents that Plaintiff does not object to extending the discovery deadlines. Defendant further represents that the parties have been having difficulty conducting discovery. Defendant has sufficiently established good cause for granting the extension of time. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Extend Discovery (#47) is **granted**. The following deadlines will apply:

    **A.**    Discovery Cut-Off:    March 14, 2016.

    **B.**    Dispositive Motions:    April 11, 2016

    **C.**    Proposed Joint Pretrial Order:    May 13, 2016.

**DATED** this 17th day of December, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge